UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>PARMINDER KAUR SAINI; INDIA MERCHANDISE GROUP, INC., a California corporation; and Does 1-10,<br><br>        Defendants. | No.   CIV. S-14-1086 LKK/KJN<br><br><br><br>**ORDER** |

This matter is set for status conference before the undersigned on July 28, 2014. There are two defendants named in the complaint: Parminder Kaur Saini and India Merchandise Group, Inc. On June 2, 2014, defendant Saini, proceeding pro se, filed an answer to the complaint. Therein, defendant Saini avers that she has been "sued incorrectly herein as India Merchandise Group, Inc." Answer to Complaint, filed June 2, 2014 (ECF No. 7) at 1. Defendant Saini has consented to the jurisdiction of a magistrate judge. See Consent, filed June 2, 2014 (ECF No. 8). On July 14, 2014, plaintiff filed a proposed joint status report; the

1

signature line for defendant is prepared solely for defendant Saini, who has not signed the status report or otherwise responded to the court's May 2, 2014 Order Setting Status Conference (ECF No. 4).

Pursuant to Local Rule 302(c)(21), "[i]n Sacramento, all actions in which all the plaintiffs or defendants are proceeding in propria persona" are to be heard by a magistrate judge. Because the only defendant who has appeared in this action is proceeding in propria persona, this case will be assigned to Magistrate Judge Kendall J. Newman.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The status conference set for July 28, 2014 is vacated; and

2. This action is assigned to Magistrate Judge Kendall J. Newman pursuant to Local Rule 302(c)(21). If it subsequently appears that the corporate defendant has been properly sued in this action and appears through counsel, see Local Rule 183(a), this action shall be referred back to the district court.

DATED: July 23, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2