UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARMINDER KAUR SAINI, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1086-LKK-KJN<br><br><br><br>ORDER |

　　　　On June 2, 2014, defendant Parminder Kaur Saini ("Saini"), proceeding pro se, filed an answer to the complaint. (ECF No. 7.) Therein, Saini stated that she has been "sued incorrectly herein as India Merchandise Group, Inc.," the other defendant named in this action. (Id. at 1.) On June 6, 2014, Saini consented to the jurisdiction of a magistrate judge. (ECF No. 8.) On July 14, 2014, plaintiff filed a proposed joint status report; the signature line for defendant was prepared solely for Saini who did not sign the status report or otherwise responded to the May 2, 2014 Order Setting Status Conference. (ECF No. 9 at 7.)

　　　　Based on the above filings and statements, the presiding District Judge determined that "the only defendant who has appeared in this action is proceeding in propria persona." (ECF No. 10 at 2.) Accordingly, on July 23, 2014, the District Judge ordered that further pre-trial proceedings in this action be assigned to the undersigned pursuant to Local Rule 302(c)(21). (Id.)

1  The District Judge also ordered the following: "If it subsequently appears that the corporate
2  defendant has been properly sued in this action and appears through counsel, see Local Rule
3  183(a), this action shall be referred back to the district court." (Id.)  On August 6, 2014, the
4  undersigned issued an order setting a status conference in the matter for September 18, 2014, and
5  requiring the parties to file a status report addressing, *inter alia*, the issue of whether the India
6  Merchandise Group, Inc. has been properly sued in this action. (ECF No. 11.)

7  On August 12, 2014, both defendants, Saini and India Merchandise Group Inc., filed an
8  answer to the complaint. (ECF No. 12.)  Therein, defendants state that they are responding to the
9  complaint "by and through their attorneys, Michael Welch & Associates." (Id. at 1.)  The answer
10 is also signed by attorney Michael D. Welch of Michael Welch & Associates. (Id. at 6-7.)

11 Local Rule 302(c)(21) provides that magistrate judges shall conduct all appropriate pre-
12 trial proceedings in "actions in which all the plaintiffs or defendants are proceeding in propria
13 persona, including dispositive and non-dispositive motions and matters.  Actions initially
14 assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if
15 a party appearing in propria persona is later represented by an attorney in accordance with L.R.
16 180." E.D. Cal. L.R. 302(c)(21).

17 In light of the appearance of counsel on the behalf of both named defendants, and with
18 plaintiff also represented by counsel, neither all the plaintiffs nor all the defendants in this action
19 are proceeding in propria persona.  Therefore, further proceedings in this action, other than
20 discovery motions and other matters appropriately referred to the undersigned under the court's
21 Local Rules, should now be noticed before the United States District Judge assigned to this
22 action.

23 Accordingly, IT IS HEREBY ORDERED that:
24   1. This matter is referred to the United States District Judge assigned to this action. See
25      E.D. Cal. L.R. 302(c)(21).
26   2. All dates pending before the undersigned are VACATED.
27 ////
28 ////

IT IS SO ORDERED.

Dated: August 13, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE